IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA
Southern Division
Civil Action No. 7:08-CV-0096-FL

| | |
|---|---|
| RODNEY COLLINS and<br>LEAH COLLINS,<br><br>    Plaintiffs,<br><br>v.<br><br>COTTRELL CONTRACTING<br>CORPORATION,<br><br>    Defendant.<br><br>Consolidated with:<br><br>7:08-CV-190-FL<br>In the Matter of the Complaint of<br>COTTRELL CONTRACTING<br>CORPORATION,<br>Owner of the Dredge Marion,<br>For Exoneration from or<br>Limitation of Liability | **CONSENT DISMISSAL ORDER**<br><br>This pleading relates to Civil Action<br>No. 7:08-CV-0096-FL |

    THIS DAY CAME the parties, Cottrell Contracting Corporation, and Rodney Collins and Leah Collins, by counsel, pursuant to Fed. R. Civ. P. 41(a)(2) and, having advised the Court that the parties have compromised and settled the matters in this proceeding, jointly move for dismissal with prejudice of this instant action.

    IT APPEARING TO THE COURT that the parties have compromised and settled all of the matters involved in this proceeding, the Court hereby DISMISSES THIS ACTION AS AGREED WITH PREJUDICE.

The Court retains jurisdiction of this matter solely for the purpose of enforcing the Agreement into which the parties have entered in connection with this case. The Clerk shall issue a certified copy of this Consent Dismissal Order to counsel for all parties.

February 7, 2011
Norfolk, Virginia

_____
United States District Judge

WE ASK FOR THIS:

/s/ John E. Holloway, Esq.
John E. Holloway, Esq. (NCB No. 25892)
TROUTMAN SANDERS, LLP
150 W. Main Street, Suite 1600
Norfolk, Virginia 23510
Telephone: (757) 687-7724
Facsimile: (757) 687-1557
E-mail: john.holloway@troutmansanders.com

*Counsel for Cottrell Contracting Corporation*

/s/ Matthew Dixon, Esq.
Matthew Dixon, Esq. (NCB No. 24208)
168 S. Poplar St.
P.O. Box 3090
Elizabethtown, North Carolina 28337
Telephone: (910)872-0002
Facsimile: (910) 872-0007
E-mail: dixonlaw101@yahoo.com

*Counsel for Rodney Collins and Leah Collins*

237544v1